Honorable Richard A. Jones
Honorable Theresa L. Fricke

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| COLUMBIA CASUALTY COMPANY, an Illinois corporation,<br><br>                 Plaintiff,<br><br>     v.<br><br>SEATTLE CHILDREN'S HEALTHCARE SYSTEM, a Washington corporation,<br><br>                 Defendant. | NO.  2:20-cv-00046-RAJ-TLF<br><br>STIPULATED MOTION TO FURTHER EXTEND DEADLINE TO JOIN ADDITIONAL PARTIES AND ORDER<br><br>**NOTED ON MOTION CALENDAR**:<br>Tuesday, April 22, 2020 |

## I.  STIPULATED MOTION

The parties respectfully submit this Stipulated Motion to Further Extend Deadline to Join Additional Parties and Proposed Order and hereby stipulate to the following:

1.      This Court previously extended the deadline to join additional parties from Friday, April 10, 2020, to Friday, April 24, 2020.

2.      Plaintiff Columbia Casualty Company and Defendant Seattle Children's Healthcare System, through their counsel of record, stipulate to further extend the deadline to join additional parties from Friday, April 24, 2020 (per Dkt. No. 21) to Friday, May 8, 2020.

STIPULATED MOTION TO FURTHER EXTEND
DEADLINE TO JOIN ADDITIONAL PARTIES AND
[PROPOSED] ORDER - 1
No. 2:20-cv-00046-RAJ-TLF

GORDON
TILDEN
THOMAS
CORDELL

600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

3. Good cause exists to further extend this deadline because Plaintiff and Defendant have been actively discussing means to more efficiently manage this litigation since the Court entered the prior extension, the outcome of which likely will impact the need to add additional parties to this lawsuit. They anticipate that an additional two-week extension will provide them sufficient time to finalize their litigation management discussions.

DATED this 22nd day of April, 2020.

**GORDON TILDEN THOMAS & CORDELL LLP**
Attorneys for Defendant Seattle Children's Healthcare System

By    *s/Franklin D. Cordell*
_____
     Franklin D. Cordell, WSBA #26392
     Kasey Huebner, WSBA #32890
     Miles Bludorn, WSBA #54238
     600 University Street, Suite 2915
     Seattle, Washington 98101
     206.467.6477
     fcordell@gordontilden.com
     khuebner@gordontilden.com
     mbludorn@gordontilden.com

DATED this 22nd day of April, 2020.

**FORSBERG & UMLAUF**
Attorneys for Plaintiff

By    *s/Carl E. Forsberg*
_____
     Carl E. Forsberg, WSBA #17025
     Matthew S. Adams, WSBA #18820
     Charles A. Henty, WSBA #39222
     901 Fifth Avenue, Suite 1400
     Seattle, WA 98164
     206-689-8500
     cforsberg@foum.law
     madams@foum.law
     chenty@foum.law

STIPULATED MOTION TO FURTHER EXTEND
DEADLINE TO JOIN ADDITIONAL PARTIES AND
[PROPOSED] ORDER - 2
No. 2:20-cv-00046-RAJ-TLF

GORDON
TILDEN
THOMAS
CORDELL

600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

DATED this 22nd day of April, 2020.

**WILEY REIN, LLP**
Attorneys for Plaintiff

By   *s/Margaret D. Thomas*
Margaret D. Thomas
Richard A. Simpson
1776 K. Street N.W.
Washington, DC 20006
202-719-7580
mthomas@wileyrein.com
rsimpson@wileyrein.com

STIPULATED MOTION TO FURTHER EXTEND
DEADLINE TO JOIN ADDITIONAL PARTIES AND
[PROPOSED] ORDER - 3
No. 2:20-cv-00046-RAJ-TLF

GORDON
TILDEN
THOMAS
CORDELL

600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

**ORDER**

IT IS HEREBY ORDERED that good cause exists to extend the deadline to join

additional parties. Accordingly, the Court GRANTS the Stipulated Motion to Further Extend the

Deadline to Join Additional Parties. The deadline to join additional parties is now Friday, May 8,

2020.

DATED this _____22nd_____ day of _____April_____, 2020.

_Theresa L. Fricke_
_____
Theresa L. Fricke
United States Magistrate Judge

STIPULATED MOTION TO FURTHER EXTEND
DEADLINE TO JOIN ADDITIONAL PARTIES AND
[PROPOSED] ORDER - 4
No. 2:20-cv-00046-RAJ-TLF

GORDON
TILDEN
THOMAS
CORDELL

600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477