**Honorable Richard A. Jones**
**Honorable Theresa L. Fricke**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COLUMBIA CASUALTY COMPANY, an Illinois corporation<br><br>Plaintiff,<br><br>vs.<br><br>SEATTLE CHILDREN'S HEALTHCARE SYSTEM, a Washington corporation,<br><br>vs.<br><br>LEXINGTON INSURANCE COMPANY, a foreign corporation; EVANSTON INSURANCE COMPANY, a foreign corporation; NATIONAL FIRE & MARINE INSURANCE COMPANY, a foreign corporation; IRONSHORE SPECIALTY INSURANCE COMPANY, a foreign corporation; STEADFAST INSURANCE COMPANY, a foreign corporation; HOMELAND INSURANCE COMPANY, a foreign corporation; ILLINOIS UNION INSURANCE COMPANY, a foreign corporation;<br><br>Cross-Defendants. | No. 2:20-cv-00046-RAJ-TLF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO ANSWER DEFENDANT'S COUNTERCLAIMS** |

## I. STIPULATION

Plaintiff Columbia Casualty Company and Defendant Seattle Children's Healthcare

---

Stipulation and Proposed Order to Extend Deadline
to Answer Defendant's Counterclaims – 1
Cause No.: 2:20-CV-00046-RAJ-TLF

2666046 / 1546.0001

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX

System, through their undersigned counsel, stipulate to the following extension of the deadline for Plaintiff Columbia Casualty Company to Answer Defendant Seattle Children's Healthcare Systems' Counterclaims, filed on May 8, 2020 (Dkt #25).

| Document | Current Due Date | Amended Due Date |
|---|---|---|
| Plaintiff's Answer to Defendant's First Amended Answer, Cross-Claims, and Counterclaims | 05/29/2020 | 06/19/2020 |

Dated this 27th day of May, 2020.

FORSBERG & UMLAUF, P.S.

*s/Carl E. Forsberg*
Carl E. Forsberg, WSBA #17025
Matthew S. Adams, WSBA #18820
Charles A. Henty, WSBA #39222
901 Fifth Ave., Suite 1400
Seattle, WA  98164
Phone:  (206) 689-8500
cforsberg@foum.law
madams@foum.law
chenty@foum.law

*s/Margaret D. Thomas*
Richard A. Simpson, admitted *Pro Hac Vice*
Margaret D. Thomas, admitted *Pro Hac Vice*
Wiley Rein, LLP
1776 K Street N.W.
Washington, DC  20006
Phone:  (202) 719-7000
rsimpson@wileyrein.com
mthomas@wileyrein.com

Attorneys for Plaintiff Columbia Casualty Company

Dated this 27th day of May, 2020.

GORDON TILDEN THOMAS & CORDELL LLP

*s/Franklin D. Cordell*
Franklin D. Cordell, WSBA #26392
Kasey D. Huebner, WSBA #32890
Miles C. Bludorn, WSBA #54238
600 University St., Suite 2915
Seattle, WA  98101
Phone:  (206) 467-6477
fcordell@gordontilden.com
khuebner@gordontilden.com
mbludorn@gordontilden.com

Attorneys for Defendant Seattle Children's Healthcare System

Stipulation and Proposed Order to Extend Deadline
to Answer Defendant's Counterclaims – 2
Cause No.:  2:20-CV-00046-RAJ-TLF

2666046 / 1546.0001

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX

## II. ORDER

This matter having come before the Court on the stipulation of the parties, the Court having reviewed the same, the Court hereby orders that the deadline for Plaintiff Columbia Casualty Company to Answer Defendant Seattle Children's Healthcare Systems' Counterclaims is hereby extended as follows:

| Document | Current Date | Amended Date |
|---|---|---|
| Plaintiff's Answer to Defendant's First Amended Answer, Cross-Claims, and Counterclaims | 05/29/2020 | 06/19/2020 |

Dated: 5-28-2020

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

Presented by:

FORSBERG & UMLAUF, P.S.

*s/Carl E. Forsberg*
Carl E. Forsberg, WSBA #17025
Matthew S. Adams, WSBA #18820
Charles A. Henty, WSBA #39222
cforsberg@foum.law
madams@foum.law
chenty@foum.law

*s/Margaret D. Thomas*
Richard A. Simpson, admitted *Pro Hac Vice*
Margaret D. Thomas, admitted *Pro Hac Vice*
Wiley Rein, LLP
rsimpson@wileyrein.com
mthomas@wileyrein.com

Attorneys for Plaintiff Columbia Casualty Company

GORDON TILDEN THOMAS & CORDELL LLP

*s/Franklin D. Cordell*
Franklin D. Cordell, WSBA #26392
Kasey D. Huebner, WSBA #32890
Miles C. Bludorn, WSBA #54238
fcordell@gordontilden.com
khuebner@gordontilden.com
mbludorn@gordontilden.com

Attorneys for Defendant Seattle Children's Healthcare System

Stipulation and Proposed Order to Extend Deadline to Answer Defendant's Counterclaims – 3
Cause No.: 2:20-CV-00046-RAJ-TLF

2666046 / 1546.0001

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX