THE HON. RICHARD A. JONES

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COLUMBIA CASUALTY COMPANY, an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>SEATTLE CHILDREN'S HEALTHCARE SYSTEM, a Washington corporation,<br><br>Defendant,<br><br>v.<br><br>LEXINGTON INSURANCE COMPANY, a foreign corporation; EVANSTON INSURANCE COMPANY, a foreign corporation; NATIONAL FIRE & MARINE INSURANCE COMPANY, a foreign corporation; IRONSHORE SPECIALTY INSURANCE COMPANY, a foreign corporation; STEADFAST INSURANCE COMPANY, a foreign corporation; HOMELAND INSURANCE COMPANY, a foreign corporation; ILLINOIS UNION INSURANCE COMPANY, a foreign corporation,<br><br>Cross-Defendants | NO. 2:20-cv-00046-RAJ<br><br>CROSS-DEFENDANT HOMELAND INSURANCE COMPANY OF NEW YORK'S ANSWER AND AFFIRMATIVE DEFENSES |

CROSS-DEFENDANT HOMELAND INSURANCE COMPANY OF NEW YORK'S ANSWER AND AFFIRMATIVE DEFENSES - NO. 2:20-CV-00046

- 1 -

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1619488/073120 0956/9998-0305

Third-party defendant Homeland Insurance Company of New York ("Homeland"), which is incorrectly identified as Homeland Insurance Company, and improperly characterized in Defendant's First Amended Answer, Cross-Claims, and Counterclaims as a "Cross-Defendant," by its undersigned counsel, hereby answers the third-party claims, improperly characterized as "Cross-Claims," of defendant and third-party plaintiff Seattle Children's Healthcare System ("SCH") and asserts affirmative defenses as follows:

A.   **Introduction**

1.   Homeland admits that plaintiff Columbia Casualty Company ("Columbia") has asserted declaratory judgment claims against defendant SCH in this action and states that Columbia's pleadings speak for themselves. Homeland is without knowledge or information sufficient to form a belief as to the truth of the allegation in this paragraph and therefore denies the same.

2.   To the extent this paragraph asserts legal conclusions, no answer is required. To the extent an answer is required, Homeland lacks knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in Paragraph 2 of the Cross-Claims, and therefore denies those allegations.

B.   **Parties**

3.   Homeland lacks knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in Paragraph 3 of the Cross-Claims, and therefore denies those allegations.

4.   Homeland lacks knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in Paragraph 4 of the Cross-Claims, and therefore denies those allegations.

CROSS-DEFENDANT HOMELAND INSURANCE COMPANY OF NEW YORK'S ANSWER AND AFFIRMATIVE DEFENSES - NO. 2:20-CV-00046
1619488/073120 0956/9998-0305

- 2 -

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

5. Homeland lacks knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in Paragraph 5 of the Cross-Claims, and therefore denies those allegations.

6. Homeland lacks knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in Paragraph 6 of the Cross-Claims, and therefore denies those allegations.

7. Homeland lacks knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in Paragraph 7 of the Cross-Claims, and therefore denies those allegations.

8. Homeland lacks knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in Paragraph 8 of the Cross-Claims, and therefore denies those allegations.

9. Homeland lacks knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in Paragraph 9 of the Cross-Claims, and therefore denies those allegations.

10. Homeland admits that it is domiciled in New York, and otherwise denies the allegations in Paragraph 10 of the Cross-Claims.

11. Homeland lacks knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in Paragraph 11 of the Cross-Claims, and therefore denies those allegations.

**C.     Jurisdiction and Venue**

12. The allegations in Paragraph 12 of the Cross-Claims state legal conclusions to which no response is required. To the extent a response is required, Homeland lacks knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in Paragraph 12 of the Cross-Claims, and therefore denies those allegations.

CROSS-DEFENDANT HOMELAND INSURANCE COMPANY OF NEW YORK'S ANSWER AND AFFIRMATIVE DEFENSES - NO. 2:20-CV-00046

1619488/073120 0956/9998-0305

- 3 -

Betts Patterson Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

13. The allegations in Paragraph 13 of the Cross-Claims state legal conclusions to which no response is required. To the extent a response is required, Homeland lacks knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in Paragraph 13 of the Cross-Claims, and therefore denies those allegations.

14. The allegations in Paragraph 14 of the Cross-Claims state legal conclusions to which no response is required. To the extent a response is required, Homeland admits that it has conducted business in Washington, but lacks knowledge or information sufficient to form a belief as to the truth or accuracy of the remaining allegations in Paragraph 14 of the Cross-Claims, and therefore denies those allegations.

15. The allegations in Paragraph 15 of the Cross-Claims state legal conclusions to which no response is required. To the extent a response is required, Homeland lacks knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in Paragraph 15 of the Cross-Claims, and therefore denies those allegations.

16. The allegations in Paragraph 16 of the Cross-Claims state legal conclusions to which no response is required. To the extent a response is required, Homeland lacks knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in Paragraph 16 of the Cross-Claims, and therefore denies those allegations.

17. The allegations in Paragraph 17 of the Cross-Claims state legal conclusions to which no response is required. To the extent a response is required, Homeland lacks knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in Paragraph 17 of the Cross-Claims, and therefore denies those allegations.

18. The allegations in Paragraph 18 of the Cross-Claims state legal conclusions to which no response is required. To the extent a response is required, Homeland lacks knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in Paragraph 18 of the Cross-Claims, and therefore denies those allegations.

CROSS-DEFENDANT HOMELAND INSURANCE COMPANY OF NEW YORK'S ANSWER AND AFFIRMATIVE DEFENSES - NO. 2:20-CV-00046
1619488/073120 0956/9998-0305
- 4 -

Betts Patterson Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

**D.  Factual Background**

19.  Homeland lacks knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in Paragraph 19 of the Cross-Claims, and therefore denies those allegations.

20.  Homeland lacks knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in Paragraph 20 of the Cross-Claims, and therefore denies those allegations.

21.  Homeland lacks knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in Paragraph 21 of the Cross-Claims, and therefore denies those allegations.

22.  Homeland lacks knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in Paragraph 22 of the Cross-Claims, and therefore denies those allegations.

23.  Homeland lacks knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in Paragraph 23 of the Cross-Claims, and therefore denies those allegations.

24.  Homeland lacks knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in Paragraph 24 of the Cross-Claims, and therefore denies those allegations.

25.  Homeland lacks knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in Paragraph 25 of the Cross-Claims, and therefore denies those allegations.

26.  Homeland lacks knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in Paragraph 26 of the Cross-Claims, and therefore denies those allegations.

CROSS-DEFENDANT HOMELAND INSURANCE COMPANY OF NEW YORK'S ANSWER AND AFFIRMATIVE DEFENSES - NO. 2:20-CV-00046

- 5 -

1619488/073120 0956/9998-0305

Betts Patterson Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

27. Homeland lacks knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in Paragraph 27 of the Cross-Claims, and therefore denies those allegations.

28. Homeland lacks knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in Paragraph 28 of the Cross-Claims, and therefore denies those allegations.

29. Homeland admits that it issued Policy No. MPX-0273-04 for the policy period July 1, 2004 to July 1, 2005 to SCH and that the policy is excess over those provided by Steadfast and Lexington for that policy period. Homeland otherwise denies the allegations in Paragraph 29 of the Cross-Claims.

30. Homeland lacks knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in Paragraph 30 of the Cross-Claims, and therefore denies those allegations.

31. The pleadings filed by Columbia and SCH speak for themselves. Homeland denies the allegations in Paragraph 31 of the Cross-Claims to the extent they are inconsistent with the pleadings. Except as expressly admitted, Homeland denies the allegations in this paragraph.

32. The allegations in Paragraph 32 of the Cross-Claims state legal conclusions to which no response is required. To the extent a response is required, Homeland lacks knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in Paragraph 32 of the Cross-Claims, and therefore denies those allegations.

33. The allegations in Paragraph 33 of the Cross-Claims state legal conclusions to which no response is required. To the extent a response is required, Homeland lacks knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in Paragraph 33 of the Cross-Claims, and therefore denies those allegations.

CROSS-DEFENDANT HOMELAND INSURANCE COMPANY OF NEW YORK'S ANSWER AND AFFIRMATIVE DEFENSES - NO. 2:20-CV-00046
1619488/073120 0956/9998-0305

- 6 -

Betts Patterson Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

### E. Claim for Declaratory Judgment

34. Homeland incorporates by reference its responses to the allegations in Paragraphs 1 through 33 of the Cross-Claims as if fully set forth herein.

35. The allegations in Paragraph 35 of the Cross-Claims state legal conclusions to which no response is required. To the extent a response is required, Homeland lacks knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in Paragraph 35 of the Cross-Claims, and therefore denies those allegations.

36. The allegations in Paragraph 36 of the Cross-Claims state legal conclusions to which no response is required. To the extent a response is required, Homeland lacks knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in Paragraph 36 of the Cross-Claims, and therefore denies those allegations.

37. The allegations in Paragraph 37 of the Cross-Claims state legal conclusions to which no response is required. To the extent a response is required, Homeland lacks knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in Paragraph 37 of the Cross-Claims, and therefore denies those allegations.

38. The allegations in Paragraph 38 of the Cross-Claims state legal conclusions to which no response is required. To the extent a response is required, Homeland lacks knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in Paragraph 38 of the Cross-Claims, and therefore denies those allegations.

39. Homeland denies the allegations in Paragraph 39 of the Cross-Claims as they relate to Homeland and denies that SCH has any present right to defense and/or indemnity coverage for the Aspergillus Lawsuits under any policy issued by Homeland to SCH. Homeland lacks knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in Paragraph 39 of the Cross-Claims as they relate to parties other than Homeland, and therefore denies those allegations.

CROSS-DEFENDANT HOMELAND INSURANCE COMPANY OF NEW YORK'S ANSWER AND AFFIRMATIVE DEFENSES - NO. 2:20-CV-00046
1619488/073120 0956/9998-0305

- 7 -

Betts Patterson Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

### F. Need for a Stay of this Litigation

40. The allegations in Paragraph 40 of the Cross-Claims state legal conclusions to which no response is required. To the extent a response is required, Homeland lacks knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in Paragraph 40 of the Cross-Claims, and therefore denies those allegations.

41. The allegations in Paragraph 41 of the Cross-Claims state legal conclusions to which no response is required. To the extent a response is required, Homeland lacks knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in Paragraph 41 of the Cross-Claims, and therefore denies those allegations.

42. The allegations in Paragraph 42 of the Cross-Claims state legal conclusions to which no response is required. To the extent a response is required, Homeland lacks knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in Paragraph 42 of the Cross-Claims, and therefore denies those allegations.

43. The allegations in Paragraph 43 of the Cross-Claims state legal conclusions to which no response is required. To the extent a response is required, Homeland lacks knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in Paragraph 43 of the Cross-Claims, and therefore denies those allegations.

### PRAYER FOR RELIEF

Homeland denies that SCH is entitled to any relief from Homeland.

### AFFIRMATIVE DEFENSES

Homeland asserts the following defenses and issues without assuming any burden of proof or persuasion that would otherwise remain with SCH.

///

///

///

CROSS-DEFENDANT HOMELAND INSURANCE COMPANY OF NEW YORK'S ANSWER AND AFFIRMATIVE DEFENSES - NO. 2:20-CV-00046

- 8 -

1619488/073120 0956/9998-0305

Betts Patterson Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

**FIRST DEFENSE**

The Cross-Claims against Homeland fail to state a claim upon which relief can be granted.

**SECOND DEFENSE**

The Cross-Claims against Homeland are or may be barred because the requirements of underlying exhaustion have not been met with respect to any policy Homeland issued to SCH.

**THIRD DEFENSE**

The Cross-Claims against Homeland are or may be barred in whole or in part because the claims for which SCH seeks coverage were not first made during the policy period of any policy Homeland issued to SCH and/or arose out of occurrences that did not take place during the policy period of any policy Homeland issued to SCH.

**FOURTH DEFENSE**

The Cross-Claims against Homeland are or may be barred in whole or in part because the claims for which SCH seeks coverage arose out of wrongful acts or occurrences that took place before July 1, 2002 or after July 1, 2005.

**FIFTH DEFENSE**

The Cross-Claims against Homeland are or may be barred because any coverage that might otherwise be available is precluded by an exclusion for injury "based on, arising out of, directly or indirectly resulting from, in consequence of, or in any way involving exposure to, or the manifestation, release, dispersal, seepage, migration, discharge, appearance, presence, reproduction or growth of, mold, mildew, spores, mycotoxins, fungi, organic pathogens or other micro organisms of any type, nature or description whatsoever[.]"

CROSS-DEFENDANT HOMELAND INSURANCE COMPANY OF NEW YORK'S ANSWER AND AFFIRMATIVE DEFENSES - NO. 2:20-CV-00046

- 9 -

1619488/073120 0956/9998-0305

Betts Patterson Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

### SIXTH DEFENSE

The Cross-Claims against Homeland are or may be barred in whole or in part to the extent that the claims for which SCH seeks coverage seek punitive, exemplary, and/or multiplied damages, and/or injunctive, declaratory, or other non-monetary relief.

### SEVENTH DEFENSE

The Cross-Claims against Homeland are or may be barred in whole or in part to the extent that the claims for which SCH seeks coverage arise out of allegations that SCH committed any intentional, dishonest, fraudulent, criminal or malicious act or violated any law or statute.

### EIGHTH DEFENSE

The Cross-Claims against Homeland are or may be barred because SCH did not provide Homeland with timely notice of the Aspergillus Lawsuits.

### NINTH DEFENSE

The Cross-Claims against Homeland are or may be barred in whole or in part by applicable terms, exclusions, conditions and/or limitations in one or more Homeland policies or underlying policies.

### TENTH DEFENSE

The Cross-Claims against Homeland are or may be barred in whole or in part by any applicable statute of limitations.

### ELEVENTH DEFENSE

The Cross-Claims against Homeland are or may be barred in whole or in part by waiver, unclean hands, estoppel, and/or laches.

### TWELFTH DEFENSE

The Cross-Claims against Homeland are or may be barred in whole or in part to the extent SCH seeks to recover for loss or damages that SCH failed to mitigate, minimize, or avoid.

CROSS-DEFENDANT HOMELAND INSURANCE COMPANY OF NEW YORK'S ANSWER AND AFFIRMATIVE DEFENSES - NO. 2:20-CV-00046
1619488/073120 0956/9998-0305

- 10 -

Betts Patterson Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

### THIRTEENTH DEFENSE

The Cross-Claims against Homeland are or may be barred in whole or in part to the extent SCH seeks to recover for loss or damages deemed uninsurable under applicable law.

### FOURTEENTH DEFENSE

The Cross-Claims against Homeland are or may be barred in whole or in part to the extent that SCH failed to perform any obligation or implied obligation under any policy Homeland issued to SCH.

### FIFTEENTH DEFENSE

To the extent that other insurance exists, such insurance may be obligated to respond to any and all alleged losses, and any alleged obligation of Homeland may be reduced, limited, or eliminated as a consequence.

### SIXTEENTH DEFENSE

The Cross-Claims against Homeland are barred, in whole or in part, to the extent that SCH failed to disclose or misrepresented any facts that were material to the insurance of the Homeland policies.

### SEVENTEENTH DEFENSE

The Cross-Claims against Homeland are barred, in whole or in part, due to SCH's failure to cooperate and respond to Homeland's requests for information concerning the Aspergillus claims.

### EIGHTEENTH DEFENSE

The Cross-Claims against Homeland are barred to the extent SCH seeks coverage for payments that were unreasonable, excessive, or voluntarily made.

### NINETEENTH DEFENSE

The Cross-Claims against Homeland are barred, in whole or in part, to the extent SCH impaired Homeland's right to subrogation, indemnity, or contribution.

CROSS-DEFENDANT HOMELAND INSURANCE COMPANY OF NEW YORK'S ANSWER AND AFFIRMATIVE DEFENSES - NO. 2:20-CV-00046
1619488/073120 0956/9998-0305

- 11 -

Betts Patterson Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

**ADDITIONAL DEFENSES**

Homeland reserves the right to assert and rely upon other applicable defenses and/or issues that may become available or apparent as this matter proceeds. In addition, Homeland incorporates by reference any applicable defense asserted by the other cross-defendants in this action to the extent that such defense may inure to the benefit of Homeland.

WHEREFORE, Homeland respectfully requests that the Court:

1. Enter judgment dismissing the Cross-Claims against Homeland with prejudice;

2. Award Homeland its fees and costs in this action as permitted by law or contract; and

3. Grant such further relief as the Court deems just and proper.

DATED this 31st day of July, 2020.

BETTS, PATTERSON & MINES, P.S.

By /s Patrick M. Paulich
By /s Matthew Munson
  Patrick M. Paulich, WSBA No. 10951
  Matthew Munson, WSBA No. 32019
One Convention Place, Suite 1400
701 Pike Street
Seattle WA  98101-3927
Telephone:   (206) 292-9988
Facsimile:   (206) 343-7053
E-mail:       ppaulich@bpmlaw.com
E-mail:       mmunson@bpmlaw.com
Attorneys for Homeland Insurance Company of New York

CROSS-DEFENDANT HOMELAND INSURANCE COMPANY OF NEW YORK'S ANSWER AND AFFIRMATIVE DEFENSES - NO. 2:20-CV-00046

- 12 -

1619488/073120 0956/9998-0305

Betts Patterson Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

# CERTIFICATE OF SERVICE

I, Patrick M. Paulich, hereby certify that on July 31, 2020, I electronically filed the following:

- CROSS-DEFENDANT HOMELAND INSURANCE COMPANY OF NEW YORK'S ANSWER AND AFFIRMATIVE DEFENSES, and
- Certificate of Service.

with the Court using the CM/ECF system which will send notification of such filing to all counsel of record:

***Counsel for Plaintiff Columbia Casualty Company***
Carl Edward Forsberg
Charles A. Henty
Margaret D. Thomas
Matthew S. Adams
FORSBERG & UMLAUF (SEA)
901 5TH AVE
STE 1400
SEATTLE, WA 98164-1039
206-689-8500
Email: cforsberg@foum.law
Email: chenty@FoUm.law
Email: mthomas@wileyrein.com
Email: madams@foum.law

Richard A. Simpson, pro hac vice
WILEY REIN LLP
1776 K STREET NW
WASHINGTON, DC 20006
202-719-7580
Email: rsimpson@wileyrein.com

CROSS-DEFENDANT HOMELAND INSURANCE COMPANY OF NEW YORK'S ANSWER AND AFFIRMATIVE DEFENSES - NO. 2:20-CV-00046

- 13 -

1619488/073120 0956/9998-0305

Betts Patterson Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

*Counsel for Defendant and Cross-claimant Children's Healthcare System*
Kasey D. Huebner
Miles C. Bludorn
Franklin D. Cordell
GORDON TILDEN THOMAS & CORDELL LLP
600 UNIVERSITY ST STE 2915
SEATTLE, WA 98101
206-467-6477
Email: khuebner@gordontilden.com
Email: mbludorn@gordontilden.com
Email: fcordell@gordontilden.com

*Counsel for Cross Defendant Lexington Insurance Company*
Gabriel Baker
Steven Douglas Jensen
JENSEN MORSE BAKER
1809 SEVENTH AVENUE, STE 410
SEATTLE, WA 98101
206-682-1550
Email: gabe.baker@jmblawyers.com
Email: steve.jensen@jmblawyers.com

*Counsel for Cross Defendant National Fire & Marine Insurance Company*
Jonathan Toren
COZEN O'CONNOR (SEA)
999 THIRD AVENUE, STE 1900
SEATTLE, WA 98104
206-340-1000
Email: jtoren@cozen.com

*Counsel for Cross Defendant Ironshore Specialty Insurance Company*
Michael Robert Carlson, pro hac vice
HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER
ONE LOGAN SQUARE
27TH FLOOR
PHILADELPHIA, PA 19103
215-496-7028
Email: mrc@hangley.com

CROSS-DEFENDANT HOMELAND INSURANCE COMPANY OF NEW YORK'S ANSWER AND AFFIRMATIVE DEFENSES - NO. 2:20-CV-00046 - 14 -

1619488/073120 0956/9998-0305

Betts Patterson Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

Ronald P Schiller, pro hac vice
HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER
ONE LOGAN SQUARE
27TH FLOOR
PHILADELPHIA, PA 19103
215-496-7020
Fax: 215-568-0300
Email: rschiller@hangley.com

Peter J Mintzer
SELMAN BRIETMAN LLP (WA)
ONE UNION SQUARE
600 UNIVERSITY STREET, STE 1800
SEATTLE, WA 98101
206-447-6461
Email: pmintzer@selmanlaw.com

*Counsel for Cross Defendant Illinois Union Insurance Company*
Donald J Verfurth
Sally Kim
GORDON REES SCULLY MANSUKHANI LLP (WA)
701 FIFTH AVE
STE 2100
SEATTLE, WA 98104
206-695-5111
Email: dverfurth@grsm.com
Email: sallykim@grsm.com

DATED this 31st day of July 2020.

BETTS, PATTERSON & MINES P.S.


By  /s Patrick M. Paulich
    Patrick M. Paulich, WSBA No. 10951
One Convention Place, Suite 1400
701 Pike Street
Seattle WA  98101-3927
Telephone: (206) 292-9988
Facsimile:  (206) 343-7053
E-mail:    ppaulich@bpmlaw.com
Attorney for Homeland Insurance Company of New York

CROSS-DEFENDANT HOMELAND INSURANCE COMPANY OF NEW YORK'S ANSWER AND AFFIRMATIVE DEFENSES - NO. 2:20-CV-00046

- 15 -

1619488/073120 0956/9998-0305

Betts Patterson Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988