Honorable Richard A. Jones
Honorable Theresa L. Fricke

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| COLUMBIA CASUALTY COMPANY, an Illinois corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>SEATTLE CHILDREN'S HEALTHCARE SYSTEM, a Washington corporation,<br><br>   v.<br><br>LEXINGTON INSURNACE COMPANY, a foreign corporation; EVANSTON INSURANCE COMPANY, a foreign corporation; NATIONAL FIRE & MARINE INSURANCE COMPANY, a foreign corporation; IRONSHORE SPECIALITY INSURANCE COMPANY, a foreign corporation; STEADFAST INSURANCE COMPANY, a foreign corporation; HOMELAND INSURANCE COMPANY, a foreign corporation, ILLINOIS UNION INSURANCE COMPANY, a foreign corporation,<br><br>        Cross-Defendants. | No. 2:20-cv-00046-RAJ-TLF<br><br>CROSS-DEFENDANT EVANSTON INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT |

CROSS-DEFENDANT EVANSTON INSURANCE COMPANY'S CORPORATE DISCLOSURE (Cause No. 2:20-cv-00046-RAJ-TLF) – 1



WILSON SMITH COCHRAN DICKERSON

901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Cross-Defendant Evanston Insurance Company hereby submits this Corporate Disclosure Statement as follows:

Evanston Insurance Company is a subsidiary of Markel Corporation, a Virginia Corporation, headquartered at 4521 Highwoods Parkway, Glen Allen, Virginia 23060. Markel Corporation (ticker symbol = MKL) is publicly traded on the New York Stock Exchange.

Evanston Insurance Company makes this disclosure solely for the purpose of complying with Rule 7.1 and reserves the right to supplement as needed.

August 12, 2020.

> *s/ John M. Silk  s/ Lisa C. Neal*
> John M. Silk, WSBA No. 15035
> Lisa C. Neal, WSBA No. 25686
> WILSON SMITH COCHRAN DICKERSON
> 901 Fifth Avenue, Suite 1700
> Seattle, WA  98164
> Telephone: 206-623-4100
> Facsimile: 206-623-9273
> l.neal@wscd.com/silk@wscd.com
> Attorneys for Cross-Defendant Evanston Insurance Company
>
> *s/ Michael F. Perlis  s/ Richard R. Johnson*
> Michael F. Perlis, *pro hac vice*
> Richard R. Johnson, *pro hac vice*
> LOCKE LORD LLP
> 300 South Grand Avenue, Suite 2600
> Los Angeles, CA  90071
> Telephone: 213-485-1500
> Facsimile: 213-485-1200
> mperlis@lockelord.com/rrjohnson@lockelord.com
> Attorneys for Cross-Defendant Evanston Insurance Company

CROSS-DEFENDANT EVANSTON INSURANCE COMPANY'S CORPORATE DISCLOSURE (Cause No. 2:20-cv-00046-RAJ-TLF) – 2



WILSON SMITH COCHRAN DICKERSON
901 Fifth Avenue, Suite 1700
Seattle, Washington  98164
Telephone: (206) 623-4100
Fax: (206) 623-9273

# CERTIFICATE OF SERVICE

The undersigned certifies that under penalty of perjury under the laws of the State of Washington that on the below date I caused to be served the foregoing document VIA ECF on:

**Attorneys for Plaintiff**
Matthew S Adams
Charles A. Henty
Carl Edward Forsberg
FORSBERG & UMLAUF
901 5TH AVE STE 1400
SEATTLE, WA 98164-1039
madams@foum.law; cforsberg@foum.law; chenty@FoUm.law

Richard A Simpson
Margaret D Thomas
WILEY REIN LLP
1776 K STREET NW
WASHINGTON, DC 20006
rsimpson@wileyrein.com; mthomas@wileyrein.com

**Attorney for Lexington Insurance Company**
*(Cross Defendant)*
Gabriel Baker
Steven Douglas Jensen
JENSEN MORSE BAKER
1809 SEVENTH AVENUE, STE 410
SEATTLE, WA 98101
gabe.baker@jmblawyers.com; steve.jensen@jmblawyers.com

**Attorneys for Ironshore Specialty Insurance Company**
*(Cross Defendant)*
Michael Robert Carlson
Adam Schupack
HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER
ONE LOGAN SQUARE  27TH FLOOR
PHILADELPHIA, PA 19103
mrc@hangley.com; aschupack@hangley.com

Peter J Mintzer
SELMAN BRIETMAN LLP
ONE UNION SQUARE
600 UNIVERSITY STREET, STE 1800
SEATTLE, WA 98101
pmintzer@selmanlaw.com

Ronald P Schiller
HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER
ONE LOGAN SQUARE
27TH FLOOR

CROSS-DEFENDANT EVANSTON INSURANCE COMPANY'S CORPORATE DISCLOSURE (Cause No. 2:20-cv-00046-RAJ-TLF) – 3

WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

PHILADELPHIA, PA 19103
rschiller@hangley.com

**Attorneys for Seattle Children's Healthcare System**
*(Cross Claimant)*
Franklin Dennis Cordell
Kasey D Huebner
GORDON TILDEN THOMAS & CORDELL LLP
600 UNIVERSITY STREET, STE 2915
SEATTLE, WA 98101
fcordell@gordontilden.com; khuebner@gordontilden.com

Miles C Bludorn
GORDON TILDEN THOMAS & CORDELL LLP
600 UNIVERSITY STREET, STE 2915
SEATTLE, WA 98101
mbludorn@gordontilden.com

**Attorney for Illinois Union Insurance Company**
*(Cross Defendant)*
Sally Kim
GORDON REES SCULLY MANSUKHANI LLP (WA)
701 FIFTH AVE STE 2100
SEATTLE, WA 98104
sallykim@grsm.com

Donald J Verfurth
GORDON REES SCULLY MANSUKHANI LLP (WA)
701 FIFTH AVE STE 2100
SEATTLE, WA 98104
dverfurth@grsm.com

**Attorney for National Fire & Marine Insurance Company**
*(Cross Defendant)*
Jonathan Toren
COZEN O'CONNOR
999 THIRD AVENUE, STE 1900
SEATTLE, WA 98104
jtoren@cozen.com

**Attorneys for Homeland Insurance Company of New York**
H. Matthew Munson
Patrick Michael Paulich
Betts Patterson & Mines, P.S.
701 Pike Street, Suite 1400
Seattle, WA 98101-3927
mmunson@bpmlaw.com; ppaulich@bpmlaw.com

CROSS-DEFENDANT EVANSTON INSURANCE COMPANY'S CORPORATE DISCLOSURE (Cause No. 2:20-cv-00046-RAJ-TLF) – 4



901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON  98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

1  Deirdre Johnson, *pro hac vice*
2  Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
   701 Pennsylvania Ave. N.W., Ste. 900
3  Washington DC 20004
   dgjohnson@mintz.com
4
5  **Attorney for Steadfast Insurance Company**
   Jacquelyn A. Beatty
6  Karr Tuttle Campbell
   701 Fifth, Suite 3300
7  Seattle, WA  98104
8  jbeatty@karrtuttle.com

9
       **SIGNED** this 12th day of August, 2020, at Seattle, Washington.
10

11
                *s/ Alicia Ossenkop*
12                 Alicia Ossenkop

13

14

15

16

17

18

19

20

21

22

23

24

25

26

CROSS-DEFENDANT EVANSTON INSURANCE COMPANY'S CORPORATE DISCLOSURE (Cause No. 2:20-cv-00046-RAJ-TLF) – 5



WILSON SMITH COCHRAN DICKERSON

901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273