Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| COLUMBIA CASUALTY COMPANY,<br><br>     Plaintiff,<br><br>     v.<br><br>SEATTLE CHILDREN'S HEALTHCARE SYSTEM,<br><br>     Defendant. | NO. 2:20-cv-00046-RAJ<br><br>MINUTE ORDER GRANTING AGREED MOTION TO STAY |

The clerk issues the following minute order by the authority of the Honorable Richard A. Jones, United States District Court Judge.

Having considered the parties' Agreed Motion to Stay, and finding good cause, it is ordered that the Agreed Motion to Stay (Dkt. # 88) is GRANTED.  This matter is hereby STAYED.  The parties shall provide a written joint status report no later than September 24, 2021, and every 120 days thereafter.  The trial date and all pending pretrial deadlines are STRICKEN.

DATED this 24th day of May, 2021.

WILLIAM M. McCOOL,
Clerk of the Court

 */s/ Victoria Ericksen*
Deputy Clerk to Hon. Richard A. Jones

MINUTE ORDER GRANTING
AGREED MOTION TO STAY - 1
No. 2:20-cv-00046-RAJ