Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

COLUMBIA CASUALTY COMPANY, an
Illinois corporation,

        Plaintiff,

    v.

SEATTLE CHILDREN'S HEALTHCARE
SYSTEM, a Washington corporation,

        Defendant,

    v.

LEXINGTON INSURANCE COMPANY, a
foreign corporation; EVANSTON
INSURANCE COMPANY, a foreign
corporation; NATIONAL FIRE & MARINE
INSURANCE COMPANY, a foreign
corporation; IRONSHORE SPECIALTY
INSURANCE COMPANY, a foreign
corporation; STEADFAST INSURANCE
COMPANY, a foreign corporation;
HOMELAND INSURANCE COMPANY OF
NEW YORK, a foreign corporation,
ILLINOIS UNION INSURANCE
COMPANY, a foreign corporation,

        Cross-Defendants.

NO.  2:20-cv-00046-RAJ

JOINT STATUS REPORT

JOINT STATUS REPORT - 1
No. 2:20-cv-00046-RAJ

GORDON
TILDEN
THOMAS
CORDELL

600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

**STATUS REPORT**

On May 24, 2021, the Court granted the parties' Agreed Motion to Stay and ordered the parties to provide a joint status report no later than September 24, 2021 and every 120 days thereafter.  Dkt. 89.  Several of the underlying claims against Seattle Children's Healthcare System have not resolved and some are not expected to resolve until mid-2022, at the earliest.  In addition, no party to this action has elected to terminate the stay.  For these reasons, the parties agree that the order staying this case should remain in effect.

DATED this 24th day of September, 2021.

**GORDON TILDEN THOMAS & CORDELL LLP**
Attorneys for Defendant Seattle Children's Healthcare System

By  *s/Franklin D. Cordell*

Franklin D. Cordell, WSBA #26392
Kasey Huebner, WSBA #32890
Miles Bludorn, WSBA #54238
600 University Street, Suite 2915
Seattle, Washington 98101
206.467.6477
fcordell@gordontilden.com
khuebner@gordontilden.com
mbludorn@gordontilden.com

JOINT STATUS REPORT - 2
No. 2:20-cv-00046-RAJ

GORDON TILDEN THOMAS CORDELL | 600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

DATED this 24th day of September, 2021.

**FORSBERG & UMLAUF**
Attorneys for Plaintiff

By    *s/Carl E. Forsberg*

Carl E. Forsberg, WSBA #17025
Matthew S. Adams, WSBA #18820
Charles A. Henty, WSBA #39222
901 Fifth Avenue, Suite 1400
Seattle, WA 98164
206-689-8500
cforsberg@foum.law
madams@foum.law
chenty@foum.law

DATED this 24th day of September, 2021.

**WILEY REIN, LLP**
Attorneys for Plaintiff

By   *s/Margaret D. Thomas*

Margaret D. Thomas
Richard A. Simpson
1776 K. Street N.W.
Washington, DC 20006
202-719-7580
mthomas@wileyrein.com
rsimpson@wileyrein.com

DATED this 24th day of September, 2021.

**JENSEN MORSE BAKER PLLC**
Attorneys for Cross-Defendant Lexington

By   *s/Gabriel Baker*

Gabriel Baker, WSBA #28473
Steven D. Jensen, WSBA #26495
1809 Seventh Avenue, Suite 410
Seattle, WA 98101
206.682.1846
gabe.baker@jmblawyers.com
steve.jensen@jmblawyers.com

JOINT STATUS REPORT - 3
No. 2:20-cv-00046-RAJ

GORDON
TILDEN
THOMAS
CORDELL

600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

DATED this 24th day of September, 2021.

**WILSON SMITH COCHRAN DICKERSON**
Attorneys for Cross-Defendant Evanston Insurance
Company

By _s/John M. Silk_

    John M. Silk, WSBA #15035
    Lisa C. Neal, WSBA #25686
    Wilson Smith Cochran Dickerson
    901 Fifth Avenue, Suite 1700
    Seattle, WA 98164
    206-623-4100
    silk@wscd.com
    l.neal@wscd.com

DATED this 24th day of September, 2021.

**KAUFMAN BORGEEST & RYAN LLP**
Attorneys for Cross-Defendant Evanston Insurance
Company

By _s/Michael F. Perlis_

    Michael F. Perlis, _Admitted Pro Hac Vice_
    Richard R. Johnson, _Admitted Pro Hac Vice_
    21700 Oxnard Street - Suite 1450
    Woodland Hills, CA 91367
    Phone: (818) 880-0992
    mperlis@kbrlaw.com
    rjohnson@kbrlaw.com

DATED this 24th day of September, 2021.

**COZEN O'CONNOR**
Attorneys for Cross-Defendant National Fire & Marine
Insurance Company

By _s/Jonathan Toren_

    Jonathan Toren, WSBA# 46896
    999 Third Avenue, Suite 1900
    Seattle, WA 98104
    206-224-1260
    JToren@cozen.com

JOINT STATUS REPORT - 4
No. 2:20-cv-00046-RAJ

GORDON
TILDEN
THOMAS
CORDELL

600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

DATED this 24th day of September, 2021.

**SELMAN BREITMAN LLP**
Attorneys for Cross-Defendant Ironshore Specialty
Company

By   *s/Peter J. Mintzer*
_____
Peter J. Mintzer, WSBA #19995
Selman Breitman LLP
600 University Street, Suite 1800
Seattle, WA 98101-4129
206-447-6461
Pmintzer@selmanlaw.com
eenglish@selmanlaw.com

DATED this 24th day of September, 2021.

**HANGLEY ARONCHICK SEGAL PUDLIN &
SCHILLER**
Attorneys for Cross-Defendant Ironshore Specialty
Company

By   *s/Michael R. Carlson*
_____
Ronald P. Schiller, *Admitted Pro Hac Vice*
Michael R. Carlson, *Admitted Pro Hac Vice*
Adam N. Schupack, *Admitted Pro Hac Vice*
One Logan Square, 27th Floor
Philadelphia, PA 19103
215-496-7028
mcarlson@hangley.com;
aschupack@hangley.com;
rschiller@handley.com

GORDON
TILDEN
THOMAS
CORDELL

600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

DATED this 24th day of September, 2021.

**BETTS, PATTERSON & MINES, P.S.**
Attorneys for Cross-Defendant Homeland Insurance
Company of New York

By  *s/Patrick M. Paulich*
　　Patrick M. Paulich, WSBA #10951
　　Matthew Munson, WSBA #32019
　　One Convention Place, Suite 1400
　　701 Pike Street
　　Seattle, WA 98101
　　206-292-9988
　　ppaulich@bpmlaw.com
　　mmunson@bpmlaw.com

DATED this 24th day of September, 2021.

**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
AND POPEO, P.C.**
Attorneys for Cross-Defendant Homeland Insurance
Company of New York

By  s/ *Deirdre G. Johnson*
　　Elaine A. Panagakos, *Admitted Pro Hac Vice*
　　Deirdre G. Johnson, *Admitted Pro Hac Vice*
　　701 Pennsylvania Avenue NW, Suite 900
　　Washington DC 20004
　　202-434-7460
　　EAPanagakos@mintz.com
　　DGJohnson@mintz.com

JOINT STATUS REPORT - 6
No. 2:20-cv-00046-RAJ

GORDON
TILDEN
THOMAS
CORDELL

600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

DATED this 24th day of September, 2021.

**GORDON REES SCULLY MANSUKHANI, LLP**
Attorneys for Cross-Defendant Illinois Union Insurance
Company

By  *s/Donald J. Verfurth*

Donald J. Verfurth, WSBA #15554
Sally S. Kim, WSBA #35289
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
206-695-5100
dverfurth@grsm.com
sallykim@grsm.com
cmundy@grsm.com

DATED this 24th day of September, 2021.

**KARR TUTTLE CAMPBELL**
Attorneys for Cross-Defendant Steadfast Insurance
Company

By  *s/Jacquelyn A. Beatty*

Jacquelyn A. Beatty, WSBA #17567
701 Fifth Avenue, Suite 3300
Seattle, WA  98014
206-224-8090
jbeatty@karrtuttle.com

DATED this 24th day of September, 2021.

**KUTAK ROCK LLP**
Attorneys for Cross-Defendant Steadfast Insurance
Company

By  *s/ Tory M. Bishop*

Tory M. Bishop [Pro Hac pending]
1650 Farnam Street
Omaha, NE 68102-2186
(402) 231-8745
Tory.bishop@kutakRock.com

JOINT STATUS REPORT - 7
No. 2:20-cv-00046-RAJ

GORDON
TILDEN
THOMAS
CORDELL

600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477