Honorable Richard A. Jones
Honorable Theresa L. Fricke

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| COLUMBIA CASUALTY COMPANY, an Illinois corporation, <br><br> Plaintiff, <br><br> v. <br><br> SEATTLE CHILDREN'S HEALTHCARE SYSTEM, a Washington corporation, <br><br> Defendant, <br><br> v. <br><br> LEXINGTON INSURANCE COMPANY, a foreign corporation; EVANSTON INSURANCE COMPANY, a foreign corporation; NATIONAL FIRE & MARINE INSURANCE COMPANY, a foreign corporation; IRONSHORE SPECIALTY INSURANCE COMPANY, a foreign corporation; STEADFAST INSURANCE COMPANY, a foreign corporation; HOMELAND INSURANCE COMPANY OF NEW YORK, a foreign corporation, ILLINOIS UNION INSURANCE COMPANY, a foreign corporation, <br><br> Cross-Defendants. | NO.  2:20-cv-00046-RAJ-TLF <br><br> JOINT STATUS REPORT |

JOINT STATUS REPORT - 1
No. 2:20-cv-00046-RAJ-TLF

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

On May 24, 2021, the Court granted the parties' Agreed Motion to Stay and ordered the parties to provide a joint status report no later than September 24, 2021 and every 120 days thereafter.  Dkt. 89.  Several of the underlying claims against Seattle Children's Healthcare System remain unresolved and some are not expected to resolve until the end of 2022, at the earliest. In addition, no party to this action has elected to terminate the stay.  For these reasons, the parties agree that the order staying this case should remain in effect.

DATED this 24th day of January, 2022.

**GORDON TILDEN THOMAS & CORDELL LLP**
Attorneys for Defendant Seattle Children's Healthcare System

By  *s/Kasey D. Huebner*
Franklin D. Cordell, WSBA #26392
Kasey Huebner, WSBA #32890
Miles Bludorn, WSBA #54238
600 University Street, Suite 2915
Seattle, Washington 98101
206.467.6477
fcordell@gordontilden.com
khuebner@gordontilden.com
mbludorn@gordontilden.com

DATED this 24th day of January, 2022.

**FORSBERG & UMLAUF**
Attorneys for Plaintiff

By  *s/Carl E. Forsberg*
Carl E. Forsberg, WSBA #17025
Matthew S. Adams, WSBA #18820
Charles A. Henty, WSBA #39222
901 Fifth Avenue, Suite 1400
Seattle, WA 98164
206-689-8500
cforsberg@foum.law
madams@foum.law
chenty@foum.law

JOIN STATUS REPORT - 2
No. 2:20-cv-00046-RAJ-TLF

GORDON TILDEN THOMAS CORDELL | 600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

DATED this 24th day of January, 2022.

**WILEY REIN, LLP**
Attorneys for Plaintiff

By  *s/Margaret T. Karchmer*
　　Margaret T. Karchmer
　　Richard A. Simpson
　　Wiley Rein, LLP
　　2050 M Street N.W.
　　Washington, DC 20036
　　202-719-7580
　　mkarchmer@wiley.law
　　rsimpson@wiley.law

DATED this 24th day of January, 2022.

**JENSEN MORSE BAKER PLLC**
Attorneys for Cross-Defendant Lexington

By  *s/Gabriel Baker*
　　Gabriel Baker, WSBA #28473
　　Steven D. Jensen, WSBA #26495
　　1809 Seventh Avenue, Suite 410
　　Seattle, WA 98101
　　206.682.1846
　　gabe.baker@jmblawyers.com
　　steve.jensen@jmblawyers.com

DATED this 24th day of January, 2022.

**WILSON SMITH COCHRAN DICKERSON**
Attorneys for Cross-Defendant Evanston Insurance Company

By  *s/John M. Silk*
　　John M. Silk, WSBA #15035
　　Lisa C. Neal, WSBA #25686
　　Wilson Smith Cochran Dickerson
　　901 Fifth Avenue, Suite 1700
　　Seattle, WA 98164
　　206-623-4100
　　silk@wscd.com
　　l.neal@wscd.com

JOINT STATUS REPORT - 3
No. 2:20-cv-00046-RAJ-TLF

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

DATED this 24th day of January, 2022

        **KAUFMAN BORGEEST & RYAN LLP**
        Attorneys for Cross-Defendant Evanston Insurance Company

        By  *s/Michael F. Perlis*
            Michael F. Perlis, *Admitted Pro Hac Vice*
            Richard R. Johnson, *Admitted Pro Hac Vice*
            21700 Oxnard Street - Suite 1450
            Woodland Hills, CA 91367
            (818) 880-0992
            mperlis@kbrlaw.com
            rrjohnson@kbrlaw.com

DATED this 24th day of January, 2022.

        **COZEN O'CONNOR**
        Attorneys for Cross-Defendant National Fire & Marine Insurance Company

        By  *s/Jonathan Toren*
            Jonathan Toren, WSBA# 46896
            999 Third Avenue, Suite 1900
            Seattle, WA 98104
            206-224-1260
            JToren@cozen.com

DATED this 24th day of January, 2022.

        **SELMAN BREITMAN LLP**
        Attorneys for Cross-Defendant Ironshore Specialty Company

        By  *s/Peter J. Mintzer*
            Peter J. Mintzer, WSBA #19995
            Selman Breitman LLP
            600 University Street, Suite 1800
            Seattle, WA 98101-4129
            206-447-6461
            Pmintzer@selmanlaw.com
            eenglish@selmanlaw.com

JOINT STATUS REPORT - 4
No. 2:20-cv-00046-RAJ-TLF

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

DATED this 24th day of January, 2022.

**HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER**
Attorneys for Cross-Defendant Ironshore Specialty Company

By  *s/Michael R. Carlson*
Ronald P. Schiller, *Admitted Pro Hac Vice*
Michael R. Carlson, *Admitted Pro Hac Vice*
Adam N. Schupack, *Admitted Pro Hac Vice*
One Logan Square, 27th Floor
Philadelphia, PA 19103
215-496-7028
mcarlson@hangley.com;
aschupack@hangley.com;
rschiller@handley.com

DATED this 24th day of January, 2022.

**BETTS, PATTERSON & MINES, P.S.**
Attorneys for Cross-Defendant Homeland Insurance Company of New York

By  *s/Patrick M. Paulich*
Patrick M. Paulich, WSBA #10951
Matthew Munson, WSBA #32019
One Convention Place, Suite 1400
701 Pike Street
Seattle, WA 98101
206-292-9988
ppaulich@bpmlaw.com
mmunson@bpmlaw.com

JOINT STATUS REPORT - 5
No. 2:20-cv-00046-RAJ-TLF

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

DATED this 24th day of January, 2022.

**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**
Attorneys for Cross-Defendant Homeland Insurance Company of New York

By  s/ *Elaine A. Panagakos*
Elaine A. Panagakos, *Admitted Pro Hac Vice*
Deirdre G. Johnson, *Admitted Pro Hac Vice*
701 Pennsylvania Avenue NW, Suite 900
Washington DC 20004
202-434-7460
EAPanagakos@mintz.com
DGJohnson@mintz.com

DATED this 24th day of January, 2022.

**GORDON REES SCULLY MANSUKHANI, LLP**
Attorneys for Cross-Defendant Illinois Union Insurance Company

By  *s/Donald J. Verfurth*
Donald J. Verfurth, WSBA #15554
Sally S. Kim, WSBA #35289
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
206-695-5100
dverfurth@grsm.com
sallykim@grsm.com
cmundy@grsm.com

JOINT STATUS REPORT - 6
No. 2:20-cv-00046-RAJ-TLF

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

DATED this 24th day of January, 2022.

**KARR TUTTLE CAMPBELL**
Attorneys for Cross-Defendant Steadfast Insurance Company

By  *s/Jacquelyn A. Beatty*
Jacquelyn A. Beatty, WSBA #17567
701 Fifth Avenue, Suite 3300
Seattle, WA  98014
206-224-8090
jbeatty@karrtuttle.com

DATED this 24th day of January, 2022.

**KUTAK ROCK LLP**
Attorneys for Cross-Defendant Steadfast Insurance Company

By  *s/ Tory M. Bishop*
Tory M. Bishop [Pro Hac pending]
1650 Farnam Street
Omaha, NE 68102-2186
(402) 231-8745
Tory.bishop@kutakRock.com

JOINT STATUS REPORT - 7
No. 2:20-cv-00046-RAJ-TLF

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477