Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| COLUMBIA CASUALTY COMPANY, an Illinois corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SEATTLE CHILDREN'S HEALTHCARE SYSTEM, a Washington corporation,<br><br>　　v.<br><br>LEXINGTON INSURANCE COMPANY, a foreign corporation; EVANSTON INSURANCE COMPANY, a foreign corporation; NATIONAL FIRE & MARINE INSURANCE COMPANY, a foreign corporation; IRONSHORE SPECIALTY INSURANCE COMPANY, a foreign corporation; STEADFAST INSURANCE COMPANY, a foreign corporation; HOMELAND INSURANCE COMPANY OF NEW YORK, a foreign corporation, ILLINOIS UNION INSURANCE COMPANY, a foreign corporation,<br><br>　　　　　　Cross-Defendants. | NO. 2:20-cv-00046-RAJ<br><br>JOINT STATUS REPORT |

JOINT STATUS REPORT - 1
No. 2:20-cv-00046-RAJ

GORDON
TILDEN
THOMAS
CORDELL

600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

On May 24, 2021, the Court granted the parties' Agreed Motion to Stay and ordered the parties to provide a joint status report no later than September 24, 2021 and every 120 days thereafter. Dkt. 89. Several of the underlying claims against Seattle Children's Healthcare System remain unresolved and some are not expected to resolve until 2023, at the earliest. In addition, no party to this action has elected to terminate the stay. For these reasons, the parties agree that the order staying this case should remain in effect.

DATED this 24th day of May, 2022.

**FORSBERG & UMLAUF**
Attorneys for Plaintiff

By   *s/Carl E. Forsberg*
Carl E. Forsberg, WSBA #17025
Matthew S. Adams, WSBA #18820
Charles A. Henty, WSBA #39222
901 Fifth Avenue, Suite 1400
Seattle, WA 98164
206-689-8500
cforsberg@foum.law
madams@foum.law
chenty@foum.law

DATED this 24th day of May, 2022.

**WILEY REIN, LLP**
Attorneys for Plaintiff

By  *s/Margaret T. Karchmer*
Margaret T. Karchmer
Richard A. Simpson
Wiley Rein, LLP
2050 M Street N.W.
Washington, DC 20036
202-719-7580
mkarchmer@wiley.law
rsimpson@wiley.law

JOINT STATUS REPORT - 2
No. 2:20-cv-00046-RAJ

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

DATED this 24th day of May, 2022.

        **GORDON TILDEN THOMAS & CORDELL LLP**
        Attorneys for Defendant Seattle Children's Healthcare System

        By  *s/Kasey D. Huebner*
            Franklin D. Cordell, WSBA #26392
            Kasey Huebner, WSBA #32890
            Miles Bludorn, WSBA #54238
            600 University Street, Suite 2915
            Seattle, Washington 98101
            206.467.6477
            fcordell@gordontilden.com
            khuebner@gordontilden.com
            mbludorn@gordontilden.com

DATED this 24th day of May, 2022.

        **JENSEN MORSE BAKER PLLC**
        Attorneys for Cross-Defendant Lexington

        By  *s/Gabriel Baker*
            Gabriel Baker, WSBA #28473
            Steven D. Jensen, WSBA #26495
            1809 Seventh Avenue, Suite 410
            Seattle, WA 98101
            206.682.1846
            gabe.baker@jmblawyers.com
            steve.jensen@jmblawyers.com

DATED this 24th day of May, 2022.

        **WILSON SMITH COCHRAN DICKERSON**
        Attorneys for Cross-Defendant Evanston Insurance Company

        By  *s/John M. Silk*
            John M. Silk, WSBA #15035
            Lisa C. Neal, WSBA #25686
            Wilson Smith Cochran Dickerson
            1000 Second Avenue, Suite 2050
            Seattle, WA 98104
            206-623-4100
            silk@wscd.com; l.neal@wscd.com

JOINT STATUS REPORT - 3
No. 2:20-cv-00046-RAJ

GORDON TILDEN THOMAS CORDELL | 600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

DATED this 24th day of May, 2022.

**KAUFMAN BORGEEST & RYAN LLP**
Attorneys for Cross-Defendant Evanston Insurance Company

By  s/Michael F. Perlis
    Michael F. Perlis, *Admitted Pro Hac Vice*
    Richard R. Johnson, *Admitted Pro Hac Vice*
    21700 Oxnard Street - Suite 1450
    Woodland Hills, CA 91367
    Phone: (818) 880-0992
    mperlis@kbrlaw.com
    rjohnson@kbrlaw.com
    jhagey@kbrlaw.com

DATED this 24th day of May, 2022.

**COZEN O'CONNOR**
Attorneys for Cross-Defendant National Fire & Marine Insurance Company

By  s/Jonathan Toren
    Jonathan Toren, WSBA# 46896
    999 Third Avenue, Suite 1900
    Seattle, WA 98104
    206-224-1260
    JToren@cozen.com

DATED this 24th day of May, 2022.

**SELMAN BREITMAN LLP**
Attorneys for Cross-Defendant Ironshore Specialty Company

By  s/Peter J. Mintzer
    Peter J. Mintzer, WSBA #19995
    Selman Breitman LLP
    600 University Street, Suite 1800
    Seattle, WA 98101-4129
    206-447-6461
    Pmintzer@selmanlaw.com
    eenglish@selmanlaw.com

JOINT STATUS REPORT - 4
No. 2:20-cv-00046-RAJ

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

DATED this 24th day of May, 2022.

**HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER**
Attorneys for Cross-Defendant Ironshore Specialty Company

By  *s/Michael R. Carlson*
Ronald P. Schiller, *Admitted Pro Hac Vice*
Michael R. Carlson, *Admitted Pro Hac Vice*
One Logan Square, 27th Floor
Philadelphia, PA 19103
215-496-7028
mcarlson@hangley.com;
rschiller@handley.com

DATED this 24th day of May, 2022.

**BETTS, PATTERSON & MINES, P.S.**
Attorneys for Cross-Defendant Homeland Insurance Company of New York

By  *s/Patrick M. Paulich*
Patrick M. Paulich, WSBA #10951
Matthew Munson, WSBA #32019
One Convention Place, Suite 1400
701 Pike Street
Seattle, WA 98101
206-292-9988
ppaulich@bpmlaw.com
mmunson@bpmlaw.com

JOINT STATUS REPORT - 5
No. 2:20-cv-00046-RAJ

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

DATED this 24th day of May, 2022.

      **MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**
      Attorneys for Cross-Defendant Homeland Insurance Company of New York

      By  s/ *Elaine A. Panagakos*
          Elaine A. Panagakos, *Admitted Pro Hac Vice*
          Deirdre G. Johnson, *Admitted Pro Hac Vice*
          701 Pennsylvania Avenue NW, Suite 900
          Washington DC 20004
          202-434-7460
          EAPanagakos@mintz.com
          DGJohnson@mintz.com

DATED this 24th day of May, 2022.

      **GORDON REES SCULLY MANSUKHANI, LLP**
      Attorneys for Cross-Defendant Illinois Union Insurance Company

      By  *s/Donald J. Verfurth*
          Donald J. Verfurth, WSBA #15554
          Sally S. Kim, WSBA #35289
          701 Fifth Avenue, Suite 2100
          Seattle, WA 98104
          206-695-5100
          dverfurth@grsm.com
          sallykim@grsm.com
          cmundy@grsm.com

DATED this 24th day of May, 2022.

      **KARR TUTTLE CAMPBELL**
      Attorneys for Cross-Defendant Steadfast Insurance Company

      By  *s/Jacquelyn A. Beatty*
          Jacquelyn A. Beatty, WSBA #17567
          701 Fifth Avenue, Suite 3300
          Seattle, WA 98014
          206-224-8090
          jbeatty@karrtuttle.com

JOINT STATUS REPORT - 6
No. 2:20-cv-00046-RAJ

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

DATED this 24th day of May, 2022.

**KUTAK ROCK LLP**
Attorneys for Cross-Defendant Steadfast Insurance Company

By  *s/ Tory M. Bishop*
   Tory M. Bishop [Pro Hac pending]
   1650 Farnam Street
   Omaha, NE 68102-2186
   (402) 231-8745
   Tory.bishop@kutakRock.com

JOINT STATUS REPORT - 7
No. 2:20-cv-00046-RAJ

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477