Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| COLUMBIA CASUALTY COMPANY, an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>SEATTLE CHILDREN'S HEALTHCARE SYSTEM, a Washington corporation,<br><br>v.<br><br>LEXINGTON INSURANCE COMPANY, a foreign corporation; EVANSTON INSURANCE COMPANY, a foreign corporation; NATIONAL FIRE & MARINE INSURANCE COMPANY, a foreign corporation; IRONSHORE SPECIALTY INSURANCE COMPANY, a foreign corporation; STEADFAST INSURANCE COMPANY, a foreign corporation; HOMELAND INSURANCE COMPANY OF NEW YORK, a foreign corporation, ILLINOIS UNION INSURANCE COMPANY, a foreign corporation,<br><br>Cross-Defendants. | NO. 2:20-cv-00046-RAJ<br><br>JOINT STATUS REPORT |

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

On May 24, 2021, the Court granted the parties' Agreed Motion to Stay and ordered the parties to provide a joint status report no later than September 24, 2021, and every 120 days thereafter. Dkt. 89. The parties' last status report was submitted on September 22, 2023. Dkt. 102.

Underlying claims against Seattle Children's Healthcare System remain unresolved, and the most complex of those claims is not expected to resolve for several months, at the earliest. For these reasons, the parties agree that the order staying this case should remain in effect. The parties' stipulation to maintain the stay is without prejudice to any rights the parties may have under any agreements entered between them.

DATED this 19th day of January, 2024.

**FORSBERG & UMLAUF**
Attorneys for Plaintiff

By *s/ Carl E. Forsberg*
Carl E. Forsberg, WSBA #17025
Matthew S. Adams, WSBA #18820
Charles A. Henty, WSBA #39222
901 Fifth Avenue, Suite 1400
Seattle, WA 98164
206-689-8500
cforsberg@foum.law
madams@foum.law
chenty@foum.law

DATED this 19th day of January, 2024.

**WILEY REIN, LLP**
Attorneys for Plaintiff

By *s / Margaret T. Karchmer*
Margaret T. Karchmer
Richard A. Simpson
Wiley Rein, LLP
2050 M Street N.W.
Washington, DC 20036
202-719-7580
mkarchmer@wiley.law
rsimpson@wiley.law

DATED this 19th day of January, 2024.

**GORDON TILDEN THOMAS & CORDELL LLP**
Attorneys for Defendant Seattle Children's Healthcare System

By *s/ Kasey D. Huebner*
Franklin D. Cordell, WSBA #26392
Kasey Huebner, WSBA #32890
600 University Street, Suite 2915
Seattle, Washington 98101
206.467.6477
fcordell@gordontilden.com
khuebner@gordontilden.com

DATED this 19th day of January, 2024.

**JENSEN MORSE BAKER PLLC**
Attorneys for Cross-Defendant Lexington

By *s/ Gabriel Baker*
Gabriel Baker, WSBA #28473
Steven D. Jensen, WSBA #26495
1809 Seventh Avenue, Suite 410
Seattle, WA 98101
206.682.1846
gabe.baker@jmblawyers.com
steve.jensen@jmblawyers.com

DATED this 19th day of January, 2024.

**WILSON SMITH COCHRAN DICKERSON**
Attorneys for Cross-Defendant Evanston Insurance Company

By *s/ Lisa C. Neal*

Lisa C. Neal, WSBA #25686
Wilson Smith Cochran Dickerson
1000 Second Avenue, Suite 2050
Seattle, WA 98104
206-623-4100
l.neal@wscd.com

DATED this 19th day of January, 2024.

**KAUFMAN BORGEEST & RYAN LLP**
Attorneys for Cross-Defendant Evanston Insurance Company

By *s/ Michael F. Perlis*

Michael F. Perlis, *Admitted Pro Hac Vice*
21700 Oxnard Street - Suite 1450
Woodland Hills, CA 91367
Phone: (818) 880-0992
mperlis@kbrlaw.com
jhagey@kbrlaw.com

DATED this 19th day of January, 2024.

**COZEN O'CONNOR**
Attorneys for Cross-Defendant National Fire & Marine Insurance Company

By *s/ Jonathan Toren*

Jonathan Toren, WSBA# 46896
999 Third Avenue, Suite 1900
Seattle, WA 98104
206-224-1260
JToren@cozen.com

DATED this 19th day of January, 2024.

**SELMAN LEICHENGER EDSON HSU NEWMAN MOORE LLP**
Attorneys for Cross-Defendant Ironshore Specialty Company

By *s/ Peter Mintzer*
Peter J. Mintzer, WSBA #19995
600 University Street, Suite 1800
Seattle, WA 98101-4129
206-447-6461
Pmintzer@selmanlaw.com
eenglish@selmanlaw.com

DATED this 19th day of January, 2024.

**HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER**
Attorneys for Cross-Defendant Ironshore Specialty Company

By *s/ Michael R. Carlson*
Ronald P. Schiller, *Admitted Pro Hac Vice*
Michael R. Carlson, *Admitted Pro Hac Vice*
One Logan Square, 27th Floor
Philadelphia, PA 19103
215-496-7028
mcarlson@hangley.com;
rschiller@handley.com

DATED this 19th day of January, 2024.

**SELMAN LEICHENGER EDSON HSU NEWMAN MOORE LLP**
Attorneys for Cross-Defendant Homeland Insurance Company of New York

By *s/ Matthew Munson*
Matthew Munson, WSBA #32019
600 University Street, Suite 2305
Seattle, WA 98101
206-388-0718
mmunson@selmanlaw.com

DATED this 19th day of January, 2024.

**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**
Attorneys for Cross-Defendant Homeland Insurance Company of New York

By *s/ Elaine A. Panagakos*

Elaine A. Panagakos, *Admitted Pro Hac Vice*
Deirdre G. Johnson, *Admitted Pro Hac Vice*
555 12th Street NW, Suite 1100
Washington DC 20004
202-434-7325
EAPanagakos@mintz.com
DGJohnson@mintz.com

DATED this 19th day of January, 2024.

**GORDON REES SCULLY MANSUKHANI, LLP**
Attorneys for Cross-Defendant Illinois Union Insurance Company

By *s/ Donald J. Verfurth*

Donald J. Verfurth, WSBA #15554
Sally S. Kim, WSBA #35289
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
206-695-5100
dverfurth@grsm.com
sallykim@grsm.com
cmundy@grsm.com

DATED this 19th day of January, 2024.

**KARR TUTTLE CAMPBELL**
Attorneys for Cross-Defendant Steadfast Insurance Company

By *s/ Jacquelyn A. Beatty*

Jacquelyn A. Beatty, WSBA #17567
701 Fifth Avenue, Suite 3300
Seattle, WA 98014
206-224-8090
jbeatty@karrtuttle.com

DATED this 19th day of January, 2024.

**KUTAK ROCK LLP**
Attorneys for Cross-Defendant Steadfast Insurance Company

By  *s/ Tory M. Bishop*
    Tory M. Bishop [Pro Hac pending]
    1650 Farnam Street
    Omaha, NE 68102-2186
    (402) 231-8745
    Tory.bishop@kutakRock.com

JOINT STATUS REPORT - 7
No. 2:20-cv-00046-RAJ

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477