Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| COLUMBIA CASUALTY COMPANY, an Illinois corporation, | NO. 2:20-cv-00046-JNW |
| Plaintiff, | JOINT STATUS REPORT |
| v. | |
| SEATTLE CHILDREN'S HEALTHCARE SYSTEM, a Washington corporation, | |
| v. | |
| LEXINGTON INSURANCE COMPANY, a foreign corporation; EVANSTON INSURANCE COMPANY, a foreign corporation; NATIONAL FIRE & MARINE INSURANCE COMPANY, a foreign corporation; IRONSHORE SPECIALTY INSURANCE COMPANY, a foreign corporation; STEADFAST INSURANCE COMPANY, a foreign corporation; HOMELAND INSURANCE COMPANY OF NEW YORK, a foreign corporation, ILLINOIS UNION INSURANCE COMPANY, a foreign corporation, | |
| Cross-Defendants. | |

JOINT STATUS REPORT - 1
No. 2:20-cv-00046-JNW

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

On May 24, 2021, the Court granted the parties' Agreed Motion to Stay and ordered the parties to provide a joint status report no later than September 24, 2021, and every 120 days thereafter. Dkt. 89. The parties' last status report was submitted on September 13, 2024. Dkt. 107.

Underlying claims against Seattle Children's Healthcare System remain unresolved, and the most complex of those claims is not expected to resolve for several months, at the earliest. For these reasons, the parties agree that the order staying this case should remain in effect. The parties' stipulation to maintain the stay is without prejudice to any rights the parties may have under any agreements entered between them.

DATED this 8th day of January, 2025.

**FORSBERG & UMLAUF**
Attorneys for Plaintiff

By   *s/ Charles A. Henty*
    Charles A. Henty, WSBA #39222
    Rishabh R. Agny, WSBA #49721
    901 Fifth Avenue, Suite 1400
    Seattle, WA 98164
    206-689-8500
    chenty@foum.law
    ragny@foum.law

**WILEY REIN, LLP**
Attorneys for Plaintiff

By  *s/ Margaret T. Karchmer*
    Margaret T. Karchmer
    Richard A. Simpson
    Wiley Rein, LLP
    2050 M Street N.W.
    Washington, DC 20036
    202-719-7580
    mkarchmer@wiley.law
    rsimpson@wiley.law

JOINT STATUS REPORT - 2
No. 2:20-cv-00046-JNW

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

**GORDON TILDEN THOMAS & CORDELL LLP**
Attorneys for Defendant Seattle Children's Healthcare System

By  *s/Franklin D. Cordell*
   Franklin D. Cordell, WSBA #26392
   Kasey Huebner, WSBA #32890
   600 University Street, Suite 2915
   Seattle, Washington 98101
   206.467.6477
   fcordell@gordontilden.com
   khuebner@gordontilden.com

**JENSEN MORSE BAKER PLLC**
Attorneys for Cross-Defendant Lexington

By  *s/ Gabriel Baker*
   Gabriel Baker, WSBA #28473
   Steven D. Jensen, WSBA #26495
   520 Pike Street, Suite 2375
   Seattle, WA 98101
   206.682.1550
   gabe.baker@jmblawyers.com
   steve.jensen@jmblawyers.com

**WILSON SMITH COCHRAN DICKERSON**
Attorneys for Cross-Defendant Evanston Insurance Company

By  *s/ Lisa C. Neal*
   Lisa C. Neal, WSBA #25686
   Wilson Smith Cochran Dickerson
   1000 Second Avenue, Suite 2050
   Seattle, WA 98104
   206-623-4100
   l.neal@wscd.com

JOINT STATUS REPORT - 3
No. 2:20-cv-00046-JNW

GORDON TILDEN THOMAS CORDELL | 600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

**KAUFMAN BORGEEST & RYAN LLP**
Attorneys for Cross-Defendant Evanston Insurance Company

By  *s/ Michael F. Perlis*
    Michael F. Perlis, *Admitted Pro Hac Vice*
    21700 Oxnard Street - Suite 1450
    Woodland Hills, CA 91367
    Phone: (818) 880-0992
    mperlis@kbrlaw.com
    jhagey@kbrlaw.com

**COZEN O'CONNOR**
Attorneys for Cross-Defendant National Fire & Marine Insurance Company

By  *s/ Jonathan Toren*
    Jonathan Toren, WSBA# 46896
    999 Third Avenue, Suite 1900
    Seattle, WA 98104
    206-224-1260
    JToren@cozen.com

**SELMAN LEICHENGER EDSON HSU NEWMAN MOORE LLP**
Attorneys for Cross-Defendant Ironshore Specialty Company

By  *s/ Peter J. Mintzer*
    Peter J. Mintzer, WSBA #19995
    600 University Street, Suite 1800
    Seattle, WA 98101-4129
    206-447-6461
    Pmintzer@selmanlaw.com
    eenglish@selmanlaw.com

JOINT STATUS REPORT - 4
No. 2:20-cv-00046-JNW

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

**HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER**
Attorneys for Cross-Defendant Ironshore Specialty Company

By  *s/ Michael R. Carlson*
    Ronald P. Schiller, *Admitted Pro Hac Vice*
    Michael R. Carlson, *Admitted Pro Hac Vice*
    One Logan Square, 27th Floor
    Philadelphia, PA 19103
    215-496-7028
    mcarlson@hangley.com;
    rschiller@handley.com

**SELMAN LEICHENGER EDSON HSU NEWMAN MOORE LLP**
Attorneys for Cross-Defendant Homeland Insurance Company of New York

By  *s/ Matthew Munson*
    Matthew Munson, WSBA #32019
    600 University Street, Suite 2305
    Seattle, WA 98101
    206-388-0718
    mmunson@selmanlaw.com

**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**
Attorneys for Cross-Defendant Homeland Insurance Company of New York

By  *s/ Elaine A. Panagakos*
    Elaine A. Panagakos, *Admitted Pro Hac Vice*
    Deirdre G. Johnson, *Admitted Pro Hac Vice*
    555 12th Street NW, Suite 1100
    Washington DC 20004
    202-434-7325
    EAPanagakos@mintz.com
    DGJohnson@mintz.com

JOINT STATUS REPORT - 5
No. 2:20-cv-00046-JNW

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

**GORDON REES SCULLY MANSUKHANI, LLP**
Attorneys for Cross-Defendant Illinois Union Insurance Company

By *s/ Donald J. Verfurth*
    Donald J. Verfurth, WSBA #15554
    Sally S. Kim, WSBA #35289
    701 Fifth Avenue, Suite 2100
    Seattle, WA 98104
    206-695-5100
    dverfurth@grsm.com
    sallykim@grsm.com
    cmundy@grsm.com

**KARR TUTTLE CAMPBELL**
Attorneys for Cross-Defendant Steadfast Insurance Company

By *s/ Jacquelyn A. Beatty*
    Jacquelyn A. Beatty, WSBA #17567
    701 Fifth Avenue, Suite 3300
    Seattle, WA 98014
    206-224-8090
    jbeatty@karrtuttle.com

**KUTAK ROCK LLP**
Attorneys for Cross-Defendant Steadfast Insurance Company

By *s/ Tory M. Bishop*
    Tory M. Bishop [Pro Hac pending]
    1650 Farnam Street
    Omaha, NE 68102-2186
    (402) 231-8745
    Tory.bishop@kutakRock.com

JOINT STATUS REPORT - 6
No. 2:20-cv-00046-JNW

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477