Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| COLUMBIA CASUALTY COMPANY, an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>SEATTLE CHILDREN'S HEALTHCARE SYSTEM, a Washington corporation,<br><br>Defendant. | NO.  2:20-cv-00046-JNW<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER |

THIS MATTER came before the Court on the parties Joint Motion to Amend Scheduling Order.  The Court has duly considered the argument, pleadings, papers, declarations, and exhibits submitted by the parties.

NOW, THEREFORE, IT IS HEREBY ORDERED that the Joint Motion to Amend Scheduling Order is GRANTED and the following schedule is adopted.

| Event | Deadline |
|---|---|
| Deadline for filing amended pleadings | March 8, 2027 |
| Disclosure of expert testimony | March 8, 2027 |
| Disclosure of rebuttal expert testimony | within 30 days after the other party's expert disclosure |

ORDER GRANTING JOINT MOTION TO AMEND
SCHEDULING ORDER - 1
No. 2:20-cv-00046-JNW

GORDON
TILDEN
THOMAS
CORDELL

600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

| | |
|---|---|
| All motions related to discovery must be filed by | April 7, 2027 |
| Discovery completed by | May 7, 2027 |
| All dispositive motions and motions challenging expert witness testimony must be filed by | May 28, 2027 |
| Settlement conference under LCR 39.1(c)(2) must be held no later than | August 6, 2027 |
| All motions in limine must be filed by | August 25, 2027 |
| Deposition designations must be submitted to the Court by | September 13, 2027 |
| Agreed pretrial order due | September 13, 2027 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions must be filed by | September 20, 2027 |
| Pretrial conference | September 28, 2027 |
| Jury Trial begins | October 4, 2027 |

**There will be no further amendments to the case schedule absent extraordinary circumstances.**

DATED this 1st day of May 2026.

Jamal N. Whitehead
United States District Judge

ORDER GRANTING JOINT MOTION TO AMEND
SCHEDULING ORDER - 2
No. 2:20-cv-00046-JNW

GORDON
TILDEN
THOMAS
CORDELL

600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477