Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| COLUMBIA CASUALTY COMPANY, an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>SEATTLE CHILDREN'S HEALTHCARE SYSTEM, a Washington corporation,<br><br>Defendant,<br><br>v.<br><br>LEXINGTON INSURANCE COMPANY, a foreign corporation; EVANSTON INSURANCE COMPANY, a foreign corporation; NATIONAL FIRE & MARINE INSURANCE COMPANY, a foreign corporation; IRONSHORE SPECIALTY INSURANCE COMPANY, a foreign corporation; STEADFAST INSURANCE COMPANY, a foreign corporation; HOMELAND INSURANCE COMPANY OF NEW YORK, a foreign corporation, ILLINOIS UNION INSURANCE COMPANY, a foreign corporation,<br><br>Cross-Defendants. | NO. 2:20-cv-00046-JNW<br><br>ORDER OF DISMISSAL OF CROSS-DEFENDANT ILLINOIS UNION INSURANCE COMPANY |



GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

Defendant and Counterclaim-Plaintiff Seattle Children's Healthcare System and Cross-Defendant Illinois Union Insurance Company (collectively, the "Parties") have filed their Stipulated Motion for Dismissal Without Prejudice as to Cross-Defendant Illinois Union Insurance Company.

IT IS HEREBY ORDERED:

1. That the Parties Stipulated Motion for Dismissal Without Prejudice as to Cross-Defendant Illinois Union Insurance Company is hereby GRANTED;

2. Cross-Defendant Illinois Union Insurance Company is dismissed from the instant action without prejudice and is removed from the caption; and

3. Each party is to bear their own attorneys' fees and costs.

DATED: October 22, 2026

Hon. Jamal N. Whitehead
U.S. District Judge



GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477